# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:17–bk–02924
#### Chapter 13

In re:

Roy Anthony Marsh
2900 Baby Ruth Lane, Apt 617
Antioch, TN 37013

Social Security No.:
xxx–xx–9698

## NOTICE OF FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE

To the Debtor(s):

You are receiving this notice because the Clerk is obligated to inform you that the Financial Management Course Certification Statement (Official Form 423) required by Rule 1007(b)(7) has not been filed in your case. If you are currently a Chapter 7 debtor, the statement must be filed within 60 days after the first set date for the meeting of creditors. If you are currently a Chapter 13 debtor, the statement must be filed no later than the date when the last payment required under the plan is made. If you fail to timely file the Financial Management Certification Statement, your case will be closed without you receiving a discharge.

Dated: 7/31/17

MATTHEW T LOUGHNEY
Clerk, U.S. Bankruptcy Court