JRH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
ROY ANTHONY MARSH
4904 SHIHMEN DRIVE                              Case No.17-02924-RM3-13
ANTIOCH, TN  37013                              CHAPTER 13

SSN XXX-XX-9698

---

## TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM

---

    Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

---

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRIDGECREST CREDIT CO<br>P O BOX 29018<br>PHOENIX, AZ  85038-0000 | $9,239.63 | UNSECURED CREDITOR<br>Disb Level: 41.00<br>ACCT:2101<br>COMM: AMENDED TO DEFICIENCY |
| Court's Claim# 2 | Trustee's Claim# 22 | DATE FILED: 10/19/2018 |

10/25/2018            JRH
DATE SENT          INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
LONG BURNETT AND JOHNSON PLLC      ROY ANTHONY MARSH           CHAPTER 13 TRUSTEE
302 42ND AVE NO                    4904 SHIHMEN DRIVE
NASHVILLE, TN  37209               ANTIOCH, TN  37013