IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

    ROY ANTHONY MARSH      CASE NO: 3:17-bk-02924
                                            CHAPTER 13
          Debtor.                    JUDGE RANDAL S. MASHBURN

## AGREED ORDER TO MODIFY THE PLAN

This cause came before the court on December 5, 2018, on the Debtor's Motion to Modify the Plan and the Trustee's objection. It further appears to the Court that objections, responses or otherwise filed within the twenty-one (21) day response period have been resolved.

**IT IS THEREFORE**

**ORDERED** that the notice of default and relief from the stay granted to Inland Bank/Insolve auto funding at Docket #41 is rescinded.

**ORDERED** that payments to Insolve Auto Funding increase to $384.00 per month.

**ORDERED** that Plan payments increase to $404.75 per month and continue to be paid via TFS.

**ORDERED** that the base increase to $22,900.00.

**ORDERED** that no other terms of the confirmation order are modified.

**IT IS SO ORDERED.**

                                             THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved for Entry:

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2018.12.05 14:34:34 -06'00'

**HENRY HILDEBRAND, III**
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
Phone: (615) 244-1101/Fax: (615) 615-242-3241
Email: pleadings@ch13nsh.com

*/s/ L.G. Burnett, Jr.*
**L.G. Burnett, Jr. – TNBPR #6463**
*Attorney for Debtor*
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, Tennessee 37209
Phone: (615) 386-0075/Fax: (615) 864-8419
Email: ecfmail@tennessee-bankruptcy.com